# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEWIS FAULKNER, JR.,<br><br>    Petitioner,<br><br>  v.<br><br>DAVIES,<br><br>    Respondent. | Case No. 1:17-cv-00752-SAB-HC<br><br>ORDER REGARDING NEW CASE NUMBER<br><br>(ECF No. 5) |

Petitioner Kenneth Lewis Faulkner, Jr., is a state prisoner proceeding pro se and in forma pauperis in the instant federal habeas petition. On June 8, 2017, the Magistrate Judge who was originally assigned to the case issued an order disqualifying herself and reassigning the case to the undersigned. (ECF No. 5.) The Court notes that the order incorrectly stated the new case number. The parties are advised that the new case number shall be **1:17-cv-00752-SAB-HC** and all future pleadings shall be so numbered.

IT IS SO ORDERED.

Dated: **June 9, 2017**

UNITED STATES MAGISTRATE JUDGE