UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEWIS FAULKNER, JR.,, <br><br> Petitioner, <br><br> v. <br><br> FRED FOULK, <br><br> Respondent. | Case No.: 1:17-cv-00752-JLT (HC) <br><br> **ORDER DISQUALIFYING MAGISTRATE JUDGE AND REASSIGNING CASE** <br><br> **Old Case No.: 1:17-cv-00752 JLT (HC)** <br><br> **New Case No.: 1:17-cv-00752 SAB (HC)** |

On June 1, 2017, Petitioner filed the instant federal habeas petition challenging his 2006 conviction in Kern County Superior Court for four counts of annoying or molesting a child under age 18. The case was randomly assigned to the docket of the undersigned.

Good cause appearing, the assigned Magistrate Judge disqualifies herself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Stanley A. Boone. The new case number shall be **1:16-cv-01724 SAB.**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: __**June 22, 2017**__                    __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE