# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEWIS FAULKNER, JR., <br><br> Petitioner, <br><br> v. <br><br> DAVIES, <br><br> Respondent. | Case No. 1:17-cv-00752-SAB-HC <br><br> ORDER STRIKING DUPLICATE DISQUALIFICATION ORDER (ECF No. 7) <br><br> ORDER REGARDING NEW CASE NUMBER |

Petitioner Kenneth Lewis Faulkner, Jr. is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 8, 2017, the Magistrate Judge who was originally assigned to this case issued an order "disqualif[ying] herself from all proceedings of the present action" and reassigning the case to the undersigned. (ECF No. 5). On June 23, 2017, the Magistrate Judge who was originally assigned to this case issued a duplicate order disqualifying herself and reassigning the case to the undersigned. (ECF No. 7). The Court notes that both the original and duplicate disqualification orders incorrectly stated the new case number. The parties are advised that the correct case number is **1:17-cv-00752-SAB-HC** and all future pleadings shall be so numbered.

///
///
///

Accordingly, the duplicate disqualification order (ECF No. 7) is HEREBY ORDERED STRICKEN as duplicative.

IT IS SO ORDERED.

Dated: **June 27, 2017**

_____
UNITED STATES MAGISTRATE JUDGE